# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**ACCENTS IN STERLING, INC.**

*Plaintiff*

v.

**LIBERTY MUTUAL INSURANCE GROUP, ET AL.**

*Defendant*

Civil Action No.:
**1:20–CV–11005–DJC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LIBERTY MUTUAL INSURANCE
175 Berkeley Street
Boston, Massachusetts 02116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anthony Tarricone, Esq.
> KREINDLER & KREINDLER LLP
> 855 Boylston Street, Suite 1101
> Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Sherry Jones**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2020–05–27 09:45:15.0**, Clerk USDC DMA

Civil Action No.: **1:20−CV−11005−DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __LIBERTY MUTUAL INSURANCE__ was received by me on (date) __June 1, 2020__.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Bernardo Montanez__, who is designated by law to accept service of process on behalf of (name of organization) __Registered Agent, Corporation Service Company, 84 State Street Boston, MA__ on (date) __June 2, 2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __22.00__ for travel and $ __35.00__ for services, for a total of $ __57.00__.

I declare under penalty of perjury that this information is true.

__June 2, 2020__
Date

*Server's Signature*

Samuel Desrosiers, Constable
City of Boston
*Printed name and title*

501 Cambridge Street, Suite 204
Cambridge MA  02141

*Server's Address*

Additional information regarding attempted service, etc:

Also served:  Complaint and Jury Trial Demanded